UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GLEN WELCH (#371185)

VERSUS

CADET B. HARDY, ET AL.

CIVIL ACTION

NO. 12-544-JJB-SCR

RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated April 11, 2013 (doc. no. 30) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the defendants' Motion for Partial Summary Judgment is GRANTED and this action is DISMISSED without prejudice to any state law claim. Further, the claims against David Stroud are DISMISSED pursuant to Rule 4(m) Federal Rule of Civil Procedure.

Baton Rouge, Louisiana, April 30, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA